## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:19-CR-96-TMR |
| | ) | |
| PLAINTIFF, | ) | JUDGE ROSE |
| | ) | |
| v. | ) | |
| | ) | STEVE R. RAUCH'S MOTION FOR |
| STEVE R. RAUCH, ET AL. | ) | RETURN OF PASSPORT |
| | ) | |
| DEFENDANTS. | ) | |

In its Order Setting Conditions of Release (Doc. 15), the Court directed Steve Rauch to surrender his passport to the U.S. Clerk's office in Dayton, Ohio. Mr. Rauch complied with the Order, and delivered his passport to the Clerk.

The United States has filed a motion to dismiss all charges against Mr. Rauch. (Doc. 32.) Because the United States is no longer pursuing charges against Mr. Rauch, there is no need for release conditions, and Mr. Rauch's passport should be returned.

Accordingly, Mr. Rauch respectfully requests that the Court order the U.S. Clerk's office to return his passport.

Respectfully submitted,

*s/ Chad R. Ziepfel*
Ralph W. Kohnen (0034418)
Chad R. Ziepfel (0084274)
Sanna-Rae Taylor (0091302)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Ph: (513) 381-2838
Fx: (513) 381-0205
kohnen@taftlaw.com
cziepfel@taftlaw.com
srtaylor@taftlaw.com
*Attorneys for Defendant Steve R. Rauch*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2021, the foregoing was filed using the Court's CM/ECF system, which will provide electronic service on all registered participants.

*s/ Chad R. Ziepfel*
Chad R. Ziepfel

28892966v1